# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

2007 SEP 19 PM 1:49

Jonathan Lee Riches©,
Plaintiff

CIVIL NO

V.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON",
PHIL SPECTOR,
DEFENDANTS

## Complaint
## "O.J. IS STALKING ME"
## TRO TEMPORARY RESTRAINING ORDER

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, shaking and scared of O.J. Simpson, moves this Honorable Court to issue a order for Defendants named in this suit to respond. Plaintiff moves for a preliminary Injunction Temporary Restraining order against Defendants. Plaintiff moves to relocate under a new Identity to a remote Island.

### 1

O.J. Simpson is furious at me because I did not bail him out in Las Vegas Clark County. O.J told me as soon as he buys off Phil Spectors Jurors who are going to mistrial or find him not guilty, both are flying to Columbia South Carolina for a staging ground to cyber attack me. O.J. has always had envy with me because my crimes were white collar where I don't have to use a gun like he did. O.J. Simpson wants to steal my finger tips and attach them to his via stem cell research to be the fastest typer east of the Mississippi. My fingers are in Danger.

2

O.J. has Golfing buddies at Augusta who play at the Masters, ex commandos. O.J. used these buddies to rob a sports card collector in Las Vegas on 9-13-07. O.J. and his buddies are mean dudes. I saw them dump Jimmy Hoffa in the Strom Thurmand reservoir in the 1970's. In 2005 they went to Aruba and hurt Natalie Holloway and blamed it on a dutch guy

3

O.J. put a $1,000,000.00 dollar bounty on my head. Every Simpson living in Aiken is taking O.J.'s side. O.J. is after a important document that I have dealing with Criminal Law. O.J. Simpson knows if the people know the truth, the Judicial system breaks down. I have to let this court know the contents of this document: Title 18 of the Criminal code (public Law 80-772) is unconstitutional. The clerk of the House of Representatives, Jeff Trandahl refused to sign letters in response to requests for Information. Finally, a letter was recieved from the clerk of the House, Trandahl, in which he admitted that Public Law 80-772 was passed by the House in 1947, but was never voted on again by the House in 1948 (Even though the Senate amended it in 1948). Therefore, a <u>different Bill</u> passed the House in 1947 than passed the Senate in 1948, rendering it <u>unconstitutional</u> and <u>void</u>. Further research showed approximately 9 constitutional flaws in the bill, any one of which rendered it void. When any form of the Argument was presented to the district <u>courts</u>, they tried to dodge the issue or deferred it to a magistrate (who has no constitutional authority) to avoid it. It appears that this issue of the validity of Title 18 of the Criminal code and 18 USC 3231 is still a question.

O.J. Simpson is in distant relations with Jeff Trandahl clerk of the house of representatives. O.J. is trying to kill me because I know the truth about 18 USC 3231. My constitutional rights are being violated under the 6th amendment because of O.J. Simpson and his connection to 18 <u>USC</u> 3231. Look closely and see "USC". USC is O.J.'s college, this title is secret coding to ruin my life, shatter my hope, blow my dreams to pieces, because of O.J.'s deliberate indifference

Plaintiff moves this Honorable court to know what this means. Plaintiff wants to know why this document is so important that O.J. Simpson wants to kill me to get his hands on it. This is National treasure. I feel like Tom Hanks in DA Vinci Code. I was better then Matt Damon in the Born Identity. The FBI caught me in 2003 with over 1000 drivers liscences with my picture on it that O.J. Simpson made w. thout telling me. O.J. violated my copyrighted picture. O.J. is a unindicted co-defendant of mine who wants to kill me to silence me.

Plaintiff moves this Honorable Court to issue a Injunction Emergency restraining order Against O.J. Simpson and Phil Spector to keep them out of Columbia and the surrounding Area. O.J. plans to buy guns in Columbia with Cho's credit card with financial support from the Branch Davidians who are mad at me because they could not convert me. I'm scared, worried, I keep scratching my skin thinking O.J. is coming. I don't want whistle blowing money but I do need a Life Line button or a bull horn. Plaintiff moves this Court for Columbia Police protection.

Respectfully Submitted

*Jonathan Lee Riches*
Jonathan Lee Riches ©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400