Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

2007 SEP 19 PM 1:49

FLORENCE SC 295
18 SEP 2007 PM 2 T

United States District Court
District of South Carolina
Matthew J. Perry
901 Richland St.
Columbia, S.C. 29201

ITEM X-RAYED BY
USMS
9/19/07

29201+2328

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 9/18/07

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer